

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00105-CR

| | | |
|---|---|---|
| MANUEL CRIADO, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1590490D) |
| V. | § | June 9, 2022 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was clerical error in the trial court's judgment. We reform the judgment to reflect that Manuel Criado pleaded "not true" and to delete the language "open plea to the court." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
　　Justice Dana Womack